160 A.3d 764

COMMONWEALTH of Pennsylvania, Respondent

v.

John Wesley LEGGETT, Petitioner

No. 286 WAL 2016

Supreme Court of Pennsylvania.

October 26, 2016

## ORDER

PER CURIAM

AND NOW, this 26th day of October, 2016, the Petition for Allowance of Appeal and Application to File Supplement are **DENIED**.